UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ENRIQUE MARENCO,<br><br>Plaintiff,<br><br>v.<br><br>MUNI SF MUNICIPAL TRANSPORTATION, et al.,<br><br>Defendants. | Case No. 18-cv-05391-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Marenco v. Mercy Housing,* 18-cv-03599-WHO.

**IT IS SO ORDERED.**

Dated: September 10, 2018

_____
THOMAS S. HIXSON
United States Magistrate Judge